Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzalaw.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@semenzalaw.com
LAWRENCE J. SEMENZA, III, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 263-3539

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NASIR KOSA, an individual; BASIL KOSA, an individual; RAAD KOSA, an individual; SAID MATTI, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INVSCO CORPORATION, a Delaware corporation; NICHOLAS GOULETAS, an individual; KOVAL FLAMINGO, LLC, a Nevada limited liability company; MERIDIAN PRIVATE RESIDENCES CH, LLC; CONDOMINIUM RENTAL SERVICES, INC., an Illinois corporation; REBEKAH DESMET, an individual; DOES 1-1000 and ROE ENTITIES 1-1000,<br><br>Defendants. | CASE NO.: 2:12-cv-01108-APG-NJK<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant Meridian Private Residences CH, LLC respectfully requests that Lawrence J. Semenza, III, Esq. of Lawrence J. Semenza, III, P.C. be substituted as its attorney of record in the above-captioned matter in the place and stead of Mario P. Lovato, Esq. of Lovato Law Firm, P.C.

DATED this 29/th day of July, 2013.

MERIDIAN PRIVATE RESIDENCES CH, LLC
By: CHC Management, LLC
Its: Manager
By: CHC Partners, LLC
By: _____
Dale R. Campbell
Its: Manager

1

## CONSENT TO SUBSTITUTION

Mario P. Lovato, Esq. of Lovato Law Firm, P.C. hereby consents to the substitution of Lawrence J. Semenza, III, Esq. of Lawrence J. Semenza, III, P.C. as the attorney of record for Defendant Meridian Private Residences CH, LLC in the above-captioned matter.

DATED this 29 day of July, 2013.

LOVATO LAW FIRM, P.C.

Mario P. Lovato, Esq.
8670 W. Cheyenne Ave., Suite 120
Las Vegas, NV 89129

I hereby accept the above and foregoing substitution as attorney for Defendant Meridian Private Residences CH, LLC. I am duly admitted to practice in this District.

DATED this 29th day of July, 2013.

LAWRENCE J. SEMENZA, III, P.C.

Lawrence J. Semenza, III, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATE: July 29, 2013.

2