Case 2:12-cv-01108-APG-NJK Document 113 Filed 05/05/14 Page 1 of 1

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRUCE COUTURIER, et al.,<br>        Plaintiff(s),<br>vs.<br>AMERICAN INVSCO CORP., et al.,<br>        Defendant(s). | Case Nos.   2:12-cv-01104-APG-NJK<br>                    2:12-cv-01106-APG-NJK<br>                    2:12-cv-01107-APG-NJK<br>                    2:12-cv-01108-APG-NJK<br>                    2:12-cv-01110-APG-NJK<br>                    2:12-cv-01111-APG-NJK<br><br>ORDER CONTINUING HEARING |

On April 28, 2014, the Court set a scheduling conference for May 6, 2014, at 2:00 p.m. in Courtroom 3A. On May 2, 2014, the parties filed a stipulation seeking to continue that hearing. The Court hereby **CONTINUES** the scheduling conference to May 15, 2014 at 2:00 p.m. in Courtroom 3B.

    IT IS SO ORDERED.

    DATED: May 5, 2014

                                          _____
                                          NANCY J. KOPPE
                                          United States Magistrate Judge