**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRUCE COUTURIER, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>MERIDIAN PRIVATE RESIDENCES, et al.,<br><br>        Defendants. | Case No. 2:12-cv-01104-APG-NJK |
| SHAHIN EDALATDJU, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>MERIDIAN PRIVATE RESIDENCES, et al.,<br><br>        Defendants. | Case No. 2:12-cv-01106-APG-NJK |
| MARY HELDT, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>MERIDIAN PRIVATE RESIDENCES, et al.,<br><br>        Defendants. | Case No. 2:12-cv-01107-APG-NJK |

| | |
|---|---|
| NASIR KOSA, et al.,<br><br>             Plaintiffs,<br><br>vs.<br><br>MERIDIAN PRIVATE RESIDENCES, et al.,<br><br>             Defendants. | Case No.  2:12-cv-01108-APG-NJK |
| WISAM B KOSA, et al.,<br><br>             Plaintiffs,<br><br>vs.<br><br>MERIDIAN PRIVATE RESIDENCES, et al.,<br><br>             Defendants. | Case No.  2:12-cv-01111-APG-NJK |

On May 19, 2016, United States District Judge Andrew P. Gordon referred this case to the undersigned to set a settlement conference. The Court hereby **SETS** a telephonic scheduling conference for 2:30 p.m. on May 26, 2016, at which time counsel shall be prepared to (1) explain whether the Court should hold a single, consolidated settlement conference and (2) provide dates on which all required participants are available.[1]  The Court is tentatively considering holding a single settlement conference on July 29, 2016.  Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing.  The conference code is 6791056.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: May 24, 2016

                                      Nancy J. Koppe
                                      United States Magistrate Judge

---

[1] To the extent it is necessary for the parties themselves to appear regarding their availability, the parties shall also appear telephonically.