HOLMAN LAW OFFICE
Kristina S. Holman, SBN No. 3742
3470 E. Russell Road, Suite 202
Las Vegas, NV 89120
Tel: (702) 614-4777
Fax: (702) 487-3128
Email: kholman@kristinaholman.com
    Attorney for Defendant,
    Rebekah DeSmet

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANIN EDALATDJU, NASILA EDALATDJU,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO CORPORATION, a Delaware corporation, et al.,<br><br>    Defendants. | Case No. 2:12-cv-01104-APG-NJK<br>         2:12-cv-01106-APG-NJK<br>         2:12-cv-01107-APG-NJK<br>         2:12-cv-01108-APG-NJK<br>         2:12-cv-01110-APG-NJK<br>         2:12-cv-01111-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANT REBEKAH DESMET'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED and agreed between Plaintiffs, by and through their counsel, MICHAEL R. MUSHKIN & ASSOCIATES, P.C., and Defendant Rebekah DeSmet, by and through her counsel of record, Kristina S. Holman, that Defendant DeSmet shall have up to and including Thursday, August 17, 2017, to file her Motion for Summary Judgment, which was originally due on Thursday August 10, 2017, per the Court's Minutes of Proceedings dated July 21, 2017.

The reason for this extension is health issues with a family member and a recent discharge from the hospital requiring care giver duties. Ms. Holman contacted opposing counsel's office and was advised

. . .

. . .

. . .

. . .

. . .

1

of their agreement to this extension of time. However, opposing counsel was not available to review or sign the stipulation until today.

    IT IS SO STIPULATED

DATED: August 11, 2017

| HOLMAN LAW OFFICE | MICHAEL MUSHKIN & ASSOCIATES, P.C. |
|---|---|
| By: /s/ Kristina S. Holman<br>Kristina S. Holman, SBN No. 3742<br>3470 E. Russell Road, #202<br>Las Vegas, NV 89120<br>Tel: (702) 614-4777<br>Fax: (702) 487-3128<br>Email: kholman@kristinaholman.com<br>Attorney for Defendant,<br>Rebekah DeSmet | By: /s/ *Joe L. Coppedge*<br>Joe L. Coppedge, Esq.<br>Michael R. Mushkin, Esq.<br>4475 S. Pecos Road<br>Las Vegas, NV 89121<br>Tel: (702) 386-3999<br>Fax: (702) 454-3333<br>Email: michael@mushlaw.com<br>Attorney for Plaintiffs |

**ORDER**

**IT IS SO ORDERED**.

Dated: August 14, 2017.

                                            U.S. DISTRICT COURT JUDGE