# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Nasir Kosa, et al. | JUDGMENT IN A CIVIL CASE<br>for  ATTORNEY FEES |
| Plaintiffs, | |
| v. | Case Number:  2:12-cv-01108-APG-NJK |
| American Invsco Corporation, et al. | |
| Defendants. | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiffs Nasir Kosa, Basil Kosa, and Said Matti are awarded attorney's fees against defendant Meridian Private Residences CH, LLC in the amount of $215,818.07.

| | |
|---|---|
| 12/06/18 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |